■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS CROSKERY, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Croskery* ([appeal No. 1] 139 AD2d 970 [decided herewith]). (Appeal from judgment of Erie County Court, Wolfgang, J.—burglary, third degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.